# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**   **Category No.** II   **Investigating Agency** FBI

**City** Boston   **Related Case Information:**

**County** Suffolk

| | |
|---|---|
| Superseding Ind./ Inf. | Case No. 22-mj-5353-JGD |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | |
| Search Warrant Case Number | 22-mj-5354-JGD |
| R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: Edwin Tavarez   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Bronx, NY

Birth date (Yr only): 1975   SSN (last4#): 0259   Sex: M   Race:   Nationality:

**Defense Counsel if known:**   Address:

**Bar Number:**

**U.S. Attorney Information:**

AUSA: Kristen A. Kearney   Bar Number if applicable: 669940

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/17/2022   Signature of AUSA: /s/ Kristen A. Kearney

**District Court Case Number** (To be filled in by deputy clerk): 22-mj-5353-JGD

**Name of Defendant** Edwin Tavarez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**